IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-CV-00833-RPM-MJW

VINCENT CROWE, et al.,

Plaintiff(s),

v.

SOUTH ADAMS COUNTY WATER AND SANITATION DISTRICT, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Approval of Stipulated Protective Order (docket no. 14) is approved and made an Order of Court as amended in paragraphs 9 and 12 in the written Stipulated Protective Order.

Date:  August 11, 2005