IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-833-RPM-MJW

VINCENT CROWE and
LARRY FORD, II,

    Plaintiffs,

v.

SOUTH ADAMS COUNTY WATER AND SANITATION DISTRICT, a body corporate and politic, and
GREG FABISIAK, in his individual capacity,

    Defendants.

---

## ORDER GRANTING
## PLAINTIFFS' UNOPPOSED MOTION TO AMEND SCHEDULING ORDER
## TO ENLARGE EXPERT DISCLOSURE DEADLINES
( Docket No. 24 )

---

    This Court, having been fully advised in the premises, hereby GRANTS the Plaintiffs' Unopposed Motion to Amend Scheduling Order to Enlarge Expert Disclosure Deadlines. The deadline for both Parties' expert disclosures is extended from December 5 to December 19, 2005, and the deadline for rebuttal experts for both Parties is extended from January 2 to January 16, 2006.

    Dated this 2nd day of December, 2005.

                                       /s/ Michael J. Watanabe
                                       Magistrate Judge Michael J. Watanabe