IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 05-CV-00833-RPM-MJW

VINCENT CROWE and
LARRY FORD, II,

      Plaintiffs,

v.

SOUTH ADAMS COUNTY WATER AND SANITATION DISTRICT, a body corporate and
politic, and
GREG FABISIAK, in his individual capacity,

      Defendants.

---

## MINUTE ORDER

      It is hereby ORDERED that the Defendants' Unopposed Motion to Withdraw Docket No. 27 and File Corrected Modify Scheduling Order to Enlarge Certain Deadlines is GRANTED. Docket Number 27 is deemed withdrawn.

      It is FURTHER ORDERED that the Defendant's Motion to Modify Scheduling Order to Enlarge Certain Deadlines (DN 31) is hereby GRANTED.  The deadlines are now set as follows:

      a.  Defendants' Rebuttal of Plaintiff's Expert is extended up to and including March 31, 2006;

      b.  Fact Discovery Cut-off is extended up to and including May 1, 2006; and,

      c.  Dispositive Motions deadline is extended up to and including June 15, 2006.

      Date:  January 24, 2006