IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 05-cv-00833-RPM-MJW

VINCENT CROWE and
LARRY FORD, II,

      Plaintiffs,

v.

SOUTH ADAMS COUNTY WATER AND SANITATION DISTRICT,
a body corporate and politic,

      Defendant.

_____

### ORDER SETTING TRIAL DATE
_____

      Pursuant to the pretrial conference convened on May 18, 2007, it is

      ORDERED that this matter is set for trial to jury on **September 17, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Streets, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

      Dated: May 21st, 2007

                           BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge