IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00833-RPM-MJW

VINCENT CROWE and
LARRY FORD, II,

     Plaintiffs,

v.

SOUTH ADAMS COUNTY WATER AND SANITATION DISTRICT, a body corporate and politic,

     Defendant.

---

**MINUTE ORDER** ( Docket No. 88 )

---

ORDER ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

     Defendant's Unopposed Motion to Reschedule Settlement Conference is hereby GRANTED. The settlement conference will be reset before Magistrate Judge Watanabe on August 6, 2007 at 3:00 p.m., in courtroom A-502. The parties shall file their updated confidential settlement statements by July 30, 2007. The parties and counsel shall be present, in person, at the settlement conference

Dated: June 1, 2007.

                                      Secretary/Deputy Clerk

                                      MICHAEL J. WATANABE
                                      U.S. MAGISTRATE JUDGE
                                      DISTRICT OF COLORADO

10404.0201 #348836 v1