IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 05-cv-00833-RPM-MJW

VINCENT CROWE and
LARRY FORD, II,

    Plaintiffs,

v.

SOUTH ADAMS COUNTY WATER AND SANITATION DISTRICT,
a body corporate and politic,

    Defendant.

_____

### ORDER SETTING SECOND PRETRIAL CONFERENCE
_____

After the pretrial conference held on May 18, 2007, the parties were directed to submit a final pretrial order. A final pretrial order was tendered but it is not acceptable. Accordingly, it is

ORDERED that a second pretrial conference will be held on **July 12, 2007, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Dated: June 12th, 2007

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge