IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 05-cv-00833-RPM-MJW

VINCENT CROWE and
LARRY FORD, II,

    Plaintiffs,

v.

SOUTH ADAMS COUNTY WATER AND SANITATION DISTRICT,
a body corporate and politic,

    Defendant.

_____

ORDER GRANTING MOTION TO SUBSTITUTE EXPERT
_____

Upon consideration of the Unopposed Motion to Substitute Expert [100] filed on August 6, 2007, it is

ORDERED that the motion is granted and defendant may substitute Shirley Potenza for Dr. George Rhodes as its testifying economic damages rebuttal expert.

Dated: August 7th, 2007

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge