# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00833-RPM-MJW

**VINCENT CROWE and
LARRY FORD, II,**

    Plaintiffs,

v.

**SOUTH ADAMS COUNTY WATER AND SANITATION DISTRICT, a body corporate and politic,**

    Defendant.

_____

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE PLAINTIFFS' AMENDED OBJECTIONS TO DEFENDANT'S EXHIBITS
_____

    The Court hereby GRANTS Plaintiffs' Unopposed Motion for Leave to File Amended Objections to Defendant's Exhibits.

    Dated: September 10, 2007

                                                **BY THE COURT:**

                                                s/Richard P. Matsch

                                                _____

                                                Hon. Richard P. Matsch