## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00833-RPM-MJW

VINCENT CROWE and
LARRY FORD, II,

      Plaintiffs,

v.

SOUTH ADAMS COUNTY WATER AND SANITATION DISTRICT,
a body corporate and politic,

      Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 0 2007

GREGORY C. LANGHAM
CLERK

---

## STIPULATION AND ORDER REGARDING
## CUSTODY OF EXHIBITS AND DEPOSITIONS

---

IT IS STIPULATED AND ORDERED that at the conclusion of the trial which began on

September 17, 2007, counsel for the parties shall retain custody of their respective exhibits and

depositions until such time as all need for the exhibits and depositions has terminated and the time

to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this _20_ day of September, 2007.

BY THE COURT:

_____
Richard P. Matsch, Senior District Judge

APPROVED AS TO FORM:

_____
ATTORNEY FOR PLAINTIFFS

_____
ATTORNEY FOR DEFENDANT