IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-00833-RPM-MJW

VINCENT CROWE and
LARRY FORD, II,

    Plaintiffs,

v.

SOUTH ADAMS COUNTY WATER AND SANITATION DISTRICT, a body corporate and politic,

    Defendant.

## ORDER

Upon the Unopposed Motion of Defendant, South Adams County Water and Sanitation District, through undersigned counsel, Ireland, Stapleton, Pryor & Pascoe, P.C., to vacate the equitable remedies hearing set for Thursday, November 1, 2007 and reset it for November 21, 2007, and finding good cause for the granting thereof,

    IT IS ORDERED, that the equitable remedies hearing set for Thursday, November 1, 2007, is vacated; and

    IT IS ORDERED, that the equitable remedies hearing is set for Wednesday, November 21, 2007 at 10:00 a.m.

    DATED this 16th day of October, 2007.

                                                    s/Richard P. Matsch

                                                    District Court Judge