IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00833-RPM-MJW

VINCENT CROWE, and
LARRY FORD, II,

    Plaintiffs,

v.

SOUTH ADAMS COUNTY WATER AND SANITATION DISTRICT, a body corporate and politic,

    Defendant.

---

ORDER FOR ENTRY OF FINAL JUDGMENT

---

Pursuant to the jury verdicts entered on September 20, 2007 in favor of the plaintiffs Vincent Crowe and Larry Ford, II, and the Stipulation Regarding Economic Damages and Equitable Relief filed by the parties on November 21, 2007 [Doc. #128], the Clerk will enter a final judgment in accordance with the following.

    1.    The plaintiff Vincent Crowe shall recover the amount of $40,000.00 as damages for back pay and benefits, with pre-judgment interest at the rate of 8% per annum, compounded annually, from June 22, 2004, the date of Vincent Crowe's termination from employment, until December 20, 2007, in the amount of $12,376.41, for a total of $52,376.41.

2.      The plaintiff Vincent Crowe shall recover the amount of $50,000.00 as damages for front pay, with pre-judgment interest at the rate of 8% per annum, compounded annually, from June 22, 2004, the date of Vincent Crowe's termination from employment, until today, December 20, 2007, in the amount of $15,470.51, for a total of $65,470.51.

3.      The plaintiff Vincent Crowe shall recover the amount of $110,000.00 as damages for emotional distress.

4.      The total judgment amount of $227,846.92 for plaintiff Vincent Crowe shall accrue post judgment interest at the statutory rate compounded annually from the date of entry of judgment until paid in full.

5.      All documents and other records that reference or relate to Vincent Crowe's termination related to the impersonation of the District General Manager to the District's uniform supplier shall be removed by the defendant from all of Vincent Crowe's employment records, including personnel files.

6.      The plaintiff Larry Ford, II, shall recover the amount of $35,000.00 as damages for front pay, with pre-judgment interest at the rate of 8% per annum, compounded annually, from June 22, 2004, the date of Larry Ford, II's demotion, until today, December 20, 2007, in the amount of $10,829.36, for a total of $45,829.36.

7.      The plaintiff Larry Ford, II shall recover the amount of $40,000.00 as damages for emotional distress.

8. The total judgment amount of $85,829.36 for plaintiff Larry Ford. II shall accrue post judgment interest at the statutory rate compounded annually from the date of entry of judgment until paid in full.

9. All documents and other records that reference or relate to Larry Ford, II's demotion related to the impersonation of the District General Manager to the District's uniform supplier shall be removed by the defendant from all of Larry Ford, II's employment records, including personnel files.

DATED: December 20th, 2007

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge