IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch


Civil Action No. 05-cv-00833-RPM-MJW

VINCENT CROWE, and
LARRY FORD, II,

      Plaintiffs,

v.

SOUTH ADAMS COUNTY WATER AND SANITATION DISTRICT, a body corporate
and politic,

      Defendant.

---

## ORDER ON MOTIONS ON COSTS AND FEES

---

By order dated March 30, 2007, upon motion for summary judgment filed by South

Adams County Water and Sanitation District and Greg Fabisiak, all claims against Fabisiak were

dismissed and costs were awarded to him. Also in that order, the first claim for relief was

dismissed against the District, leaving only the second claim against the District for trial.

On April 24, 2007, costs were taxed against the plaintiffs and for Fabisiak, including

$497.04 for the deposition of Larry Ford, Sr. By motion dated April 30, 2007, the plaintiffs

challenged the costs taxed for Ford Sr.'s deposition. The award of costs was proper as Ford Sr.'s

deposition was necessary for the preparation of the defense on these claims. *Callicrate v.

Farmland Indus., Inc.,* 139 F.3d 1336, 1339-1340 (10th Cir. 1998).

By motion dated May 14, 2007, the District and Fabisiak requested attorney fees as the prevailing parties on the first and third claims dismissed in the March 30, 2007 order. These parties sought fees under C.R.S. § 13-17-102, 28 U.S.C. § 1927, and C.R.C.P. 11. Rule 11 of the Colorado Rules of Civil Procedure does not apply in this action and the defendants' motion for attorney fees does not comply with the requirements of Fed.R.Civ.P. 11(c)(1)(A). The plaintiffs' counsel did not multiply the proceedings unreasonably and vexatiously so as to justify an award under 28 U.S.C. § 1927. Therefore, it is

ORDERED that the plaintiffs' Motion to Review Bill of Costs Award [Doc. #79] is denied; and

FURTHER ORDERED that South Adams County Water and Sanitation District and Greg Fabisiak's Motion for Attorney Fees as Prevailing Party on Counts I and II [Doc. #81] is denied.

DATED:     <u>January 15, 2008</u>

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge