IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 05-cv-00833-RPM-MJW

VINCENT CROWE and
LARRY FORD, II,

    Plaintiffs,

v.

SOUTH ADAMS COUNTY WATER AND SANITATION DISTRICT, a body corporate and politic,

    Defendant.
_____

ORDER ON PLAINTIFFS' PETITION FOR ATTORNEY FEES AND COSTS
_____

On January 22, 2008, the plaintiffs filed their Petition for Attorney Fees and Costs. On April 16, 2008, the parties filed a Stipulation Regarding Award of Attorney Fees and Costs to Plaintiffs. The stipulation resolves the claims made in the petition and the allowance of the total amount of attorneys' fees, costs and expenses awarded to plaintiffs and their counsel is $186,186.97.

    DATED: April 17th 2008

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge