IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 05-cv-00833-RPM-MJW

VINCENT CROWE and
LARRY FORD, II,

    Plaintiffs,

v.

SOUTH ADAMS COUNTY WATER AND SANITATION DISTRICT, a body corporate and politic,

    Defendant.
_____

ORDER DENYING PLAINTIFFS' MOTION TO AMEND JUDGMENT AND/OR
CORRECT MISTAKE
_____

    On January 22, 2008, the plaintiffs filed a Motion to Amend Judgment and/or Correct Mistake to award prejudgment interest on the emotional distress damages awarded to them by the jury. On March 7, 2008, the defendant responded to that motion, objecting that this Court had no jurisdiction because of the notice of appeal filed January 18, 2008. The defendant also responded on the merits and the plaintiffs filed their reply on March 18, 2008. The defendant's objection to jurisdiction appears to be valid but to conclude the matter, assuming jurisdiction, the Court finds and concludes that the plaintiffs should not be awarded prejudgment interest on these compensatory damages. It is therefore

    ORDERED that the motion is denied.

    DATED: April 17th, 2008

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge