IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 05-cv-00833-RPM-MJW

VINCENT CROWE and
LARRY FORD, II,

      Plaintiffs,

v.

SOUTH ADAMS COUNTY WATER AND SANITATION DISTRICT,
a body corporate and politic,

      Defendant.
_____

## ORDER OF DISMISSAL
_____

      Pursuant to the Stipulation to Dismiss [177], filed on November 17, 2008, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their own costs on appeal.

      Dated: November 18th, 2008

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge